# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2698
LT Case Nos. 2021-DP-83-C
2021-DP-83-D
2021-DP-83-G
2021-DP-83-F
2021-DP-83-E

———————————————

G.W., FATHER OF A.W., A.W., K.W.,
K.W., and T.W., CHILDREN,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Michael Kalil, Judge.

Jennifer Cogdill, of the Law Office of Jennifer Cogdill, Fleming
Island, for Appellant.

Sarah J. Rumph, of Children's Legal Services, Tallahassee, for
Appellee.

Sara E. Goldfarb, Statewide Director of Appeals, and Sarah
Todd Weitz, Senior Attorney, Tallahassee, for Appellee,
Guardian ad Litem.


January 5, 2024


PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and LAMBERT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____